IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CASE NO.: CR205-49 |
| | ) |
| ROBERT SAMUEL SMITH | ) |

## ORDER

By Order dated May 3, 2006, the Court granted the Government's motion for a psychiatric examination. The Court has received a request from the Warden at the Federal Medical Center in Lexington, Kentucky, seeking to extend the time to complete the examination. Said request is **granted**. The examination of Defendant shall be completed by July 24, 2006, and the report will be made available by August 14, 2006.

**SO ORDERED**, this 30th day of June, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)