IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>ROBERT SAMUEL SMITH ) | CASE NO.: CR205-49 |

## ORDER

The Forensic Report prepared by the Federal Medical Center in Lexington, Kentucky has been completed and received by the Court. The Clerk is directed to file the original of this report **under seal**. Further, the Clerk is directed to forward a copy of said report to counsel for the Defendant and to counsel for the Government.

**SO ORDERED**, this 23rd day of August, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)